WR-82,635-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/11/2015 4:09:44 PM
Accepted 6/15/2015 8:11:10 AM
ABEL ACOSTA
CLERK

NO WR-82,635-01

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
6/15/2015
ABEL ACOSTA, CLERK

EX PARTE CHRISTOPHER EUGENE GATSON, APPLICANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPLICATION FOR WRIT OF HABEAS CORPUS CAUSE NO. 10573JD-HC-I FROM THE 1ST
JUDICIAL DISTRICT COURT OF JASPER COUNTY, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH FEBRUARY 25, 2015 PER
CURIAM ORDER OF THE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STEVEN M. HOLLIS CRIMINAL
DISTRICT ATTORNEY JASPER
COUNTY, TEXAS
SBN: 09882750

ANNE PICKLE
ASSISTANT CRIMINAL DISTRICT ATTORNEY
JASPER COUNTY, TEXAS
SBN: 00791445

WR-82,635-01

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS

EX PARTE CHRISTOPHER EUGENE GATSON, APPLICANT
*******************************************************************************
**STATE'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH FEBRUARY 25,
2015 ORDER OF THE COURT OF CRIMINAL APPEALS, STATE OF TEXAS**

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State of Texas, by and through the Criminal District Attorney for Jasper County, Texas, respectfully presents its Motion for Extension of time to comply with this Court's February 25, 2015 Order. The State of Texas respectfully shows as follows:

I.

On February 25, 2015 this Court issued an Order directing the Trial Court to order Applicant's trial counsel to respond to Applicant's ineffective assistance of counsel claim. This Court further ordered the Trial Court to make findings of fact and conclusions of law as to whether trial counsel's conduct was deficient, and, if so, whether Applicant was prejudiced. This Court further provided that the Application would be held in abeyance until the trial court resolved the fact issues, which was to be done within 90 days of February 25, 2015. A supplemental transcript was to be provided to this Court within 120 days of February 25, 2015.

II.

Because of an unusually busy court calendar and multiple murder trials, the Order to trial counsel to respond to Applicant's ineffective assistance of counsel claim was not timely prepared and provided to the Trial Court for signature. The Order has now been prepared and provided to the trial court for signature and for service on Applicant's trial counsel.

III.

The request for extension of time is not made for the purpose of delay, but so that justice may be served and for the purpose of proper compliance with this Court's order.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Motion be granted. The State of Texas prays for any relief to which it may be entitled.

Respectfully Submitted,

STEVEN M. HOLLIS
CRIMINAL DISTRICT ATTORNEY
SBN: 09882750
Jasper County, Texas
121 N. Austin, Room 101
Jasper, Texas 75951

(409) 384-4362 Telephone
(409) 384-1309 Fax

Anne Pickle
Assistant Criminal District Attorney
SBN: 00791445

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, a true and correct copy of the above and forgoing Motion for Extension of Time was served by U.S. Mail, on Respondent here. Christopher Eugene Gatson, ID # 1801695, Lynaugh Unit, 1098 S. Hwy. 2037, Fort Stockton, Texas 79735-9795.

Anne Pickle